UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DON ST. AUBIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:08-CV-359 JVB |
| | ) |
| MIKE WARD, c/o | ) |
| UNILEVER | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On November 12, 2008, the Plaintiff filed a complaint and named Mike Ward c/o Unilever as the Defendant. When the Plaintiff failed to appear at the pretrial conference scheduled June 25, 2009, an Order was issued on that same day, requiring the Plaintiff to show cause why he failed to appear at the pretrial conference by July 10, 2009. The Plaintiff failed to file an affidavit.

Consequently, on September 23, 2009, Magistrate Judge Andrew P. Rodovich issued a Report and Recommendation suggesting that the case be dismissed with prejudice. Judge Rodovich advised the Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1) he had ten days to object to the Report and Recommendation and that, if he did not object, he would be waiving her rights to challenge it later. To date, the Plaintiff has not objected.

Accordingly, the Court accepts Judge Rodovich's Report and Recommendation and dismisses this case with prejudice.

SO ORDERED on November 17, 2009.

                                                                                  s/ Joseph S. Van Bokkelen  
                                                                                  JOSEPH S. VAN BOKKELEN  
                                                                                  UNITED STATES DISTRICT JUDGE